

# NUMBER 13-16-00189-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DANNY HILAL,                                              **Appellant,**

**v.**

HARRIS COUNTY, ET AL.,                            **Appellees.**

### On appeal from the 151st District Court
### of Harris County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Danny Hilal, appealed an order rendered against him on December 15, 2015, in favor of Harris County and other defendants in a tax collection case. On March 16, 2016, the Clerk of the Fourteenth Court of Appeals requested that appellant remit the $205 filing fee for the notice of appeal. The appeal was subsequently transferred to this Court from the Fourteenth Court of Appeals pursuant to an order issued by the Supreme

Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.). On April 6, 2016, after the appeal was transferred to this Court, the Clerk of this Court again requested that appellant pay the filing fee. On April 20, 2016, the Clerk of this Court notified appellant that the filing fee was delinquent and advised appellant that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days. *See* TEX. R. APP. P. 42.3(c). Nevertheless, appellant has not responded to the notice from the Clerk of this Court or paid the filing fee. *See id.* R. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
19th day of May, 2016.

2